IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPEAH RUDOLPH NYENEKOR, SR.,** | : | CIVIL NO. 1:16-CV-2197 |
| | : | |
| | : | **(Chief Judge Conner)** |
| **Petitioner** | : | |
| | : | |
| v. | : | |
| | : | |
| **WARDEN SPAULDING,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 18th day of November, 2016, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 8) is GRANTED for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice as follows:

   a. To the extent that petitioner seeks relief based on the deprivation of certain rights and privileges, he may reassert such claims in a properly filed civil rights complaint.

   b. To the extent that petitioner seeks to challenge his prison disciplinary hearings, he may set forth such claims in a properly filed habeas petition solely challenging the misconduct hearings.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania