# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPEAH RUDOLPH NYENEKOR, SR.,** | : | **CIVIL NO. 1:16-CV-2197** |
| | : | |
| | : | **(Chief Judge Conner)** |
| **Petitioner** | : | |
| | : | |
| v. | : | |
| | : | |
| **WARDEN SPAULDING,** | : | |
| | : | |
| **Respondent** | : | |

## **ORDER**

AND NOW, this 8th day of January, 2018, upon consideration of petitioner's "motion to rescind dismissed order in a case that has long since been closed" (Doc. 20), wherein he requests that the court rescind a previous order based on his belief that "he no longer [has] any case with [the above-referenced] docket number pending in the Middle [D]istrict [C]ourt of Penns[yl]vania" (Id. at 2), and the court noting that this case was closed on November 18, 2016 (Doc. 10), and petitioner's appeal was dismissed by the Third Circuit Court of Appeals (see Doc. 18), and the court thus finding that the present motion (Doc. 20) is an inappropriate and unnecessary filing, it is hereby ORDERED that the motion (Doc. 20) is DISMISSED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania